UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07CIV8798

DEBRA FRANKLIN

, Plaintiff(s)

- against -

MERCK & CO., INC

, Defendant(s)

State of New York    )
                     )   SS.:
County of New York   )

## AFFIDAVIT OF SERVICE

Yariela Gonzales being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 10/24/2007 at 12:43 PM at:
CT CORPORATION SYSTEM
111 EIGHTH AVENUE,
NEW YORK NY 10011
Deponent served the:

SUMMONS & COMPLAINT

on MERCK & CO., INC.

a domestic and/or foreign corporation
by delivering thereat a true copy to Sattae Jarm
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the process especialist and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 38  HEIGHT: 6'0''  WEIGHT: 140  HAIR: BLACK  RACE: LT BROWN  SEX: FEMALE

SWORN TO BEFORE ME 10-25-07

Yariela Gonzales    License #1260358

OUR DOC# 19762
Ciani Investigations
3455 N.E. 12th Terrace
Suite 1
Oakland Park FL 33334
954-561-0143
2007000833

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011