# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

## APPEARANCE

Debra Franklin,

    Plaintiff,

v.

Merck & Co., Inc.,

    Defendant.

MASTER FILE: 1:06-MD-1789-JFK

Case No.: 1:07-cv-8798-JFK

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Plaintiff, Debra Franklin

I certify that I am admitted to practice in this court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this __18__ day of December, 2007, using the Court's CM/ECF system, which will notify all counsel of record.

_____
Meghan M. Tans, Florida Bar No. 0888745
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax